*11090555*
*9/14/10*
*3369.42*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
    UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

  APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 3,369.42 IN 2 CHECKS
 CHECK #  15178 FOR $ 679.96
CHECKS # 15179 FOR $ 2689.46
Representing unclaimed funds.

DATED: 9-10-2010

                *[signature]*
              ALBERT J. MOGAVERO
              TRUSTEE



FILED
SEP 1 4 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 104002 | LITTENBERG | 0591585 | 9.05 | CAROLYN YOUNG | 322 ASHLAND AVENUE | | BUFFALO | NY | 14222 |
| 104005 | BAUER | 0704425 | 10.02 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE – DANIEL BRICK | | UNKNOWN | NY | 14202 |
| 104078 | DUFFY | 0912970 | 5.00 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE – JOHN RING, III | | UNKNOWN | NY | 14202 |
| 106296 | GRZECHOWIAK | 0515941 | 61.89 | GREAT/NATIONSBANK | C/O NCO FINANCIAL SYSTEMS | 507 PRUDENTIAL ROAD | HORSHAM | PA | 19044 |
| 106297 | GRZECHOWIAK | 0515941 | 42.26 | GREAT/PNC BANK | C/O NCO FINANCIAL SYSTEMS | 507 PRUDENTIAL RD | HORSHAM | PA | 19044 |
| 106618 | NICE | 0516567 | 196.28 | HSBC MORTGAGE CORP (USA) | 636 GRAND REGENCY BOULEVARD | | BRANDON | FL | 33510 |
| 109373 | PRAZENICA | 0511223 | 355.46 | WOLPOFF & ABRAMSON, LLP | TWO IRVINGTON CENTRE | 702 KING FARM BLVD | ROCKVILLE | MD | 208505775 |
| 109535 | WATSON | 0511622 | 2.56 | CYNTHIA L WATSON | P.O. BOX 721 | | BUFFALO | NY | 142090721 |
| 109562 | KEPNER, JR. | 0570140 | 25.99 | ROBERT KEPNER, JR. & LAURIE K | 2641 KENDALL ROAD | | HOLLEY | NY | 14470 |
| 109585 | RYAN | 0590947 | 5.04 | JOHN W RYAN | 6736 CHESTNUT RIDGE ROAD | | LOCKPORT | NY | 140750072 |
| 109597 | PALMER | 0601061 | 5.01 | RICHARD A PALMER | P.O. BOX.72 | | HAMBURG | NY | 14075 |
| 109598 | SENECA | 0601401 | 5.00 | JOSEPHINE SENECA | 15 PEORIA STREET | | BUFFALO | NY | 14207 |
| 109614 | RIZEK | 0701409 | 5.00 | YASIR A RIZEK | 12 WINSTON RD. | | BUFFALO | NY | 14216 |
| 109615 | ABRAMO, III | 0701553 | 5.00 | RALPH ABRAMO, III & DAWN ABRA | 219 ADAM STREET | | TONAWANDA | NY | 14150 |
| 109616 | HELSEL | 0701657 | 5.00 | DOUG E HELSEL | 138 CEDAR ST., APT. 101 | | CORNING | NY | 148302624 |
| 109617 | ESTEN, III | 0702475 | 5.02 | LEWIS ESTEN, III & GINGER ESTE | 6198 OAK ORCHARD ROAD | | ELBA | NY | 14058 |
| 109623 | WHITE | 0703782 | 5.00 | JEFFREY A WHITE | 20 W. 17TH STREET | | JAMESTOWN | NY | 14701 |
| 109624 | FISHER | 0810878 | 5.84 | DAVID & TAMMY FISHER | 14067 WATERPORT CARLTON RD. | | ALBION | NY | 14411 |
| 109630 | FILKORN | 0813401 | 5.00 | WALTER P FILKORN | 6466 PATCHIN ROAD | | BOSTON | NY | 14025 |
| 109638 | GRIFFIN | 0911628 | 5.00 | JEREMY GRIFFIN | 64 MAYER AVENUE | | BUFFALO | NY | 14207 |
| 109645 | KUEHLEWIND | 0912740 | 5.00 | KEITH K KUEHLEWIND | 84 PERIWINKLE COURT | | EAST AMHERST | NY | 14051 |
| 109648 | STITT | 0912995 | 5.00 | DAVID & SUSAN STITT | 181 JACKSON AVE. | | NORTH TONAWANDA | NY | 14120 |
| 109651 | OSIKA | 0913879 | 5.00 | MARIE OSIKA | 116 AUTUMN LEA ROAD | | DEPEW | NY | 140432733 |
| 109652 | FOUNTAIN | 0914734 | 2,590.00 | DAROLD B FOUNTAIN | 45 POULTNEY AVENUE | | BUFFALO | NY | 14215 |

$3,369.42



FILED SEP 14 2010 BANKRUPTCY COURT BUFFALO, N.Y.